# Order

Michigan Supreme Court
Lansing, Michigan

November 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

155172(71)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

TREMEL ANDERSON,
     Defendant-Appellee.
_____/

SC: 155172
COA: 327905
Wayne CC: 15-001051-AR

      On order of the Chief Justice, the motion of the Michigan District Judges Association to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before November 30, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2017



Clerk